AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.

**WARRANT FOR ARREST**

**SELENA LOPEZ**

CASE NUMBER: EP-18-CR-02407KC(2)
19-mj-253-MEH

To: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ **Selena Lopez** _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [X] TSR Violation Petition
charging him/her with

## VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

in violation of Title __18__ United States Code, Section(s) __3583__

| Jeannette J. Clack | Clerk, U.S. District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer | July 8, 2019   El Paso, TX |
|  | Date and Location |
| Bail fixed at $ NO BOND | by Kathleen Cardone, U.S. District Judge |
|  | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

Prob 12C (7/93)

# UNITED STATES DISTRICT COURT
## for
### WESTERN DISTRICT OF TEXAS



FILED
2019 JUL -8 PM 3: 21
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Selena Lopez

**Case Number:** EP-18-CR-2407KC(2)

**Name of Sentencing Judicial Officer:** Kathleen Cardone, U.S. District Judge

**Date of Original Sentence:** January 16, 2019

**Original Offense:** Conspiracy to Possess with Intent to Distribute 50 Kilograms or More of Marijuana, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(C)

**Original Sentence:** Ct. 3, Ten (10) months custody followed by three (3) years supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** June 3, 2019

**Assistant U.S. Attorney:** Michael Cramer Williams          **Defense Attorney:** Robert Ramos

## PETITIONING THE COURT

[X]   To issue a warrant

[ ]   To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number 1:** You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.

> **Nature of Noncompliance:** On June 3, 2019, Selena Lopez released from custody. Since releasing from incarceration, Lopez has failed to report to the U.S. Probation Office as ordered by the Court. It should be noted, home visits were conducted to Lopez' sisters' residence in Vinton, Texas and a second home visit was conducted to a previously noted address for Lopez' sister, Marisela Trejo in Chaparral, New Mexico. However, attempts to locate Lopez and or make contact with her sister, Trejo, have been unsuccessful. Additionally, a local jail records check and a check of the National Crime Information Center (NCIC) verified Lopez has not been arrested for any new charges and she is not incarcerated as of this writing. Further, officials with the High Intensity Drug Trafficking Area (HIDTA) conducted a border crossing verification which revealed Lopez last crossed into the United States from Mexico on August 4, 2018 (which is the date for the instant offense). Therefore, based on this information, Lopez' whereabouts are unknown.

Selena Lopez
Docket No. 0542 3:18CR02407
Petition for Warrant or Summons for Offender Under Supervision
Page | 2

## U.S. Probation Officer Recommendation:

The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

    [ ] modified as follows:

| Respectfully submitted, | Approved by, |
|---|---|
| *(signature)* | *(signature)* |
| Betty Téllez-Hernandez | Enrique Lopez, Jr |
| U.S. Probation Officer | Supervising U.S. Probation Officer |
| Office (915) 585-5513 | Office (915) 585-6554 |
| Cellular (915) 861-8875 | Cellular (915) 861-8982 |
| Date: July 1, 2019 | |

## THE COURT ORDERS:

[ ]   No action.

[xx]   The issuance of a warrant.

[ ]   The issuance of a summons.

[ ]   Other

*(signature)*
Kathleen Cardone, U.S. District Judge

July 8, 2019
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2019 JUL -8 PM 3:21

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | NO. EP-18-CR-02407-KC(2) |
| SELENA LOPEZ, | § § § | |
| Defendant. | § § | |

## MOTION TO REVOKE SUPERVISED RELEASE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and moves the Court to revoke the supervised release of **SELENA LOPEZ**, in the above entitled and numbered cause. In support of this motion the United States of America alleges violations of Supervised Release as set forth in U.S. Probation Form 12C, Petition for Warrant or Summons for Offender Under Supervision, filed in the above-entitled and numbered cause.

WHEREFORE, premises considered, the United States respectfully prays that Defendant's supervised release be revoked.

Respectfully submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _Anna E. Arreola for_
STEPHEN G. GARCÍA
Assistant U.S. Attorney
Texas Bar #07646450
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2019 JUL -8 PM 3:21

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | NO. EP-18-CR-02407-KC(2) |
| SELENA LOPEZ, | § | |
| Defendant. | § | |

## GOVERNMENT'S MOTION TO DETAIN DEFENDANT WITHOUT BOND AND MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show the Court the following:

I.

The Government at this time moves the Court to hold the above-named Defendant without bond pursuant to 18 U.S.C. § 3142(e) and (f). This request is made for the following reasons:

1. The Defendant has violated the terms of supervised release.

2. Title 18 U.S.C. § 3142(e) and (f) directs that the judicial officer shall order a defendant detained, unless the judicial officer finds by clear and convincing evidence that a defendant is not likely to flee or pose a danger to the safety of any person or the community.

3. Pursuant to Federal Rules of Criminal Procedure, Rule 32.1(a)(6), the burden rests with the Defendant to establish by clear and convincing evidence that the Defendant will not flee or pose a danger to any other person or to the community.

The Government would further move the Court for a three-day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

    Respectfully submitted,

    JOHN F. BASH
    UNITED STATES ATTORNEY

BY: *Anna E. Arreola for*
    STEPHEN G. GARCÍA
    Assistant U.S. Attorney
    Texas Bar #07646450
    700 E. San Antonio, Suite 200
    El Paso, Texas 79901
    (915) 534-6884